**No. 08-1264. Tejbir S. Oberoi, Petitioner v. United States.**

559 U.S. 999, 130 S. Ct. 1878, 176 L. Ed. 2d 356, 2010 U.S. LEXIS 2561.

March 22, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of Bloate v. United States, 559 U.S. 196, 130 S. Ct. 1345, 176 L. Ed. 2d 54 (2010). Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 547 F.3d 436.

**No. 09-8429. Gerald H. Miller, Petitioner v. Georgia.**

559 U.S. 999, 130 S. Ct. 1885, 176 L. Ed. 2d 356, 2010 U.S. LEXIS 2361.

March 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeals of Georgia dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petition in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Stevens dissents. See id., at 4, 113 S. Ct. 397, 121 L. Ed. 2d 305, and cases cited therein.

**No. 09-8475. Christopher A. Odom, Petitioner v. Veronica Smalls, et al.**

559 U.S. 1000, 130 S. Ct. 1887, 176 L. Ed. 2d 356, 2010 U.S. LEXIS 2443.

March 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.

Same case below, 348 Fed. Appx. 879.

**No. 09-8563. Craig Bundrant, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 1000, 130 S. Ct. 1891, 176 L. Ed. 2d 356, 2010 U.S. LEXIS 2525.

March 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit dismissed. See Rule 39.8.